FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

21 MAR -2 PM 12:15

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ KCC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CAUSE NO. **A21CR 048 LY** |
| [REDACTED]<br>VICTOR PENALOZA-CALDERON (3)<br>a/k/a ALBERTO ESPINO-BUSTOS<br>[REDACTED] | § § § § § ... § | |

United States Courts
Southern District of Texas
FILED

*April 08, 2021*

Nathan Ochsner, Clerk of Court

**4:21mj0745**




§
§

**Defendants.**

THE GRAND JURY CHARGES:

### COUNT ONE
### Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance, Methamphetamine
### (Violation of 21 U.S.C. § 846)

1. Beginning on or about August 1, 2019, and continuing through March 2, 2021, in the Western District of Texas and elsewhere, ▮▮▮▮▮▮▮▮▮, **VICTOR PENALOZA-CALDERON, a/k/a ALBERTO ESPINO-BUSTOS,** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, defendants, did intentionally and knowingly combine, conspire, confederate, and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance.

### QUANTITY OF METHAMPHETAMINE INVOLVED IN COUNT ONE OF THE CONSPIRACY

2. With respect to ▮▮▮▮▮▮▮▮▮▮▮▮, **VICTOR PENALOZA-CALDERON, a/k/a ALBERTO ESPINO-BUSTOS,** ▮▮▮▮▮▮▮,

Indictment – Page 3

████ █ ████ ████████████████████, their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

3. With respect to  ████, their conduct as members of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(B).

## COUNT TWO
### Money Laundering
### (Violation of 18 U.S.C. § 1956)

4. Beginning on or about August 1, 2019, and continuing through March 2, 2021, in the Western District of Texas and elsewhere, ████████ ██████████████,

Indictment – Page 4

VICTOR PENALOZA-CALDERON, a/k/a ALBERTO ███████

███████ ███████ ███████ ███████

███████ defendants, and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, and with others known and unknown to the Grand Jury, to commit certain offenses under 18 U.S.C. §1956, as follows:

    a) to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce that involved property which was the proceeds of specified unlawful activity, to wit, unlawful possession with intent to distribute a controlled substance, methampethamine, with the intent to promote the carrying on of said specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and

    b) to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce that involved property which was the proceeds of specified unlawful activity, to wit, unlawful possession with intent to distribute a controlled substance, methampethamine, with the intent to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of said specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

    In violation of 18 U.S.C. § 1956(h), the penalty for which is found at 18 U.S.C. § 1956(a)(1).

A TRUE BILL

FOR

*ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002*

ASHLEY C. HOFF
UNITED STATES ATTORNEY

DANIEL D. GUESS
Assistant United States Attorney

Indictment – Page 6

Sealed **X**

Unsealed

**Personal Data Sheet**

**A21 CR 048 LY**

USAO# __2020R03197__

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE __X__ YES ____ NO
CASE NO. __See Remarks Below__

| | | | | |
|---|---|---|---|---|
| County: | **TRAVIS** | **AUSTIN** Division | Judge: | |
| Date: | 3/2/2021 | Mag Ct.# | SSN: | FBI#: |
| Case No.: | | | Assistant U.S. Attorney: | **Daniel D. Guess** |
| Defendant: | **VICTOR PENALOZA-CALDERON (3) aka Alberto Espino-Bustos** | | Date of Birth: | **Redacted** |
| Address: | | | | |

Citizenship: United States ____ Mexican ____ Other ____
Interpreter Needed: Yes ____ No ____ Language ____
Defense Attorney: ____ Employed ____
Address of Attorney: ____ Appointed ____
Defendant is: In Jail ____ Where: ____
On Bond ____ Amt. of Bond ____ Where: ____
Date of Arrest: ____ Bench Warrant Needed ____
Prosecution By: Information ____ Indictment **X**

Offense (Code & Description): Ct. 1-- 21 U.S.C. § 846 – Conspiracy to PWID and Distribution of Methamphetamine;
Ct. 2-- 18 U.S.C. § 1956 – Money Laundering

Offense Is: Felony **X** Misdemeanor ____

Maximum Sentence: Ct. 1 –Life Imprisonment; $10,000,000 fine; at least 5 yrs TSR;
Ct. 2 – 20 yrs Imprisonment; $500,000 fine; up to 3 yrs TSR;
$100 Special Assessment each count

Penalty is Mandatory: Yes **X** As to special assessment No ____

Remarks:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
PM 12:46
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
§
§
§
§
§
VICTOR PENALOZA-CALDERON (3) §
a/k/a ALBERTO ESPINO-BUSTOS §



Defendants.

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas respectfully requests that the Court seal all documents relating to the Indictment filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, Personal Data Sheets, the Orders for Bench Warrant and Setting Amount of Bail as well as this motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents must be sealed so as to safely effect the arrest of the Defendants and avoid a risk of flight. The United States of America would also request that should this motion be granted that all of the aforementioned documents be unsealed following the Defendants' arrest. A file stamped copy shall be issued to the affiant and the government.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: _____
DANIEL D. GUESS
Assistant United States Attorney
903 San Jacinto Blvd, Suite 334
Austin, Texas 78701
512/916-5858 / 512/916-5854 FAX
State Bar No. 00789328

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

21 MAR -2 PM 12: 46

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | SEALED |
| | § | |
| v. | § | |
| | § | |
| ████████████████ | § | CAUSE NO. **A21CR 048LY** |
| ████████████████ | § | |
| VICTOR PENALOZA-CALDERON (3) | § | |
| a/k/a ALBERTO ESPINO-BUSTOS | § | |
| ████████████████ | § | |



**Defendants.**

§
§

## ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of the defendants in the above-styled cause.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order shall remained sealed until such time as the warrant documents are unsealed.

SIGNED on this 2nd day of March, 2021.

UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

21 MAR -2 PM 12:47

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ kdcc _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) <br> ) | CRIMINAL NO. |
| VICTOR PENALOZA-CALDERON (3), <br> Defendant. | ) <br> ) <br> ) | A21CR 048LY |

## ORDER FOR BENCH WARRANT AND
## SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| VICTOR PENALOZA-CALDERON | Based upon the request of the U.S. Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

ENTERED on this 2nd day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )    **CRIMINAL NO.: A-21-CR-048(LY)** |
| | ) |
| **VICTOR PENALOZA-CALDERON, (3)** | ) |
| **aka Alberto Espino-Bustos** | ) |

## MOTION FOR DETENTION

COMES NOW the United States by and through its Assistant United States Attorney and files this motion for pretrial detention under Title 18, United States Code, Section 3141, et seq., and would show the Court the following:

1. The pending case involves:

[ ]     (A)    A crime of violence

[ ]     (B)    An offense for which the maximum sentence is life imprisonment or death.

[X]    (C)    An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or the Maritime Drug Law Enforcement Act.

[ ]     (D)    A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, Section 3142(f)(l)(A)-(C) or comparable state or local offense.

[ ]     (E)    A felony that involves a minor victim or that involves the possession or use of a firearm or destructive device, or any other dangerous weapon, or involves a failure to register under section 2250 of Title 18, United States Code.

[ ]     (F)    A serious risk that the Defendant will flee.

[ ]     (G)    A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror.

[ ]      (H)    An offense committed by the Defendant while released pending trial or sentence, or while on probation or parole requiring an initial 10 day detention pursuant to 18 U.S.C. § 3142(d).

[X]     (I)     An offense committed by the above named defendant who is not a citizen of the United States or lawfully admitted for permanent residence requiring an initial 10 day detention under the provisions of 18 U.S.C. § 3142(d).

2. No condition or combination of conditions will:

[X]     (A)    Reasonably assure the appearance of the person as required.

[X]     (B)    Reasonably assure the safety of the community or any other person.

The United States may advocate additional reasons for detention other than those indicated above as the investigation proceeds and new information becomes available.

Pursuant to 18 U.S.C. 3142 the United States moves that the detention hearing be continued for ten (10) days so that the United States can prepare for said hearing.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Defendant be held without bond.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:     */s/Daniel D. Guess*
DANIEL D. GUESS
Assistant U.S. Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
A/C 512 916-5858
FAX 512 916-5854
Bar No. 00789328

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
| v. | ) Case No. 1:21-cr- |
| Victor Penaloza-Calderon (3) | ) |
| Defendant | ) |

A21CR 048LY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Victor Penaloza-Calderon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine
Count 2: 18 U.S.C. § 1956 - Money Laundering

Date: 03/02/2021

*Issuing officer's signature*

City and state: Austin, Texas

Amanda Deichert, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*